

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-12-00027-CV

Ann **HOLLISTER** and Kevin Hollister,
Appellants

v.

Gerald H. **JACOBS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 370449
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  July 5, 2012

DISMISSED

Appellants filed a motion to dismiss this appeal and requested costs be assessed against the party incurring them. We grant the motion in part and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM